Raymond E. Trafelet, Appellee, v. M & C Motors, Inc., Charles Ugaste, John Ugaste, Blue Cab Company, and Safety Maintenance and Sales Company, Appellants.

Gen. No. 46,991.

First District, Second Division.

November 26, 1957.

Rehearing denied and opinion modified January 14, 1958.

Released for publication January 14, 1958.

Albert E. Jenner, Jr., and Wesley G. Hall (Thompson, Raymond, Mayer, and Jenner & Bloomstein, of counsel) for appellants; Louis G. Davidson, Louis P. Miller, and McKeown, Trussell and Boland, for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.